UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED,<br><br>*Plaintiff*<br><br>v.<br><br>ABDG STORE, ANIME-HOUSE STORE, ANYANG FEEKER TRADING CO., LTD., BABY BOARD GAME(DROP SHIPPING) STORE STORE, BAOKANWEIYI STORE, BLACK MAN K STORE, CHANGSHA WODEMORE TECHNOLOGY CO., LTD., CLHW GROCERY STORE, CUTE SMALL MOUSE TOY STORE, CUTE STICKER HOUSE STORE, CXLIDY PARTY STORE, DAILY BOUTIQUE DEPARTMENT STORE, DONGGUAN NUOSHENG ELECTRONIC TECHNOLOGY CO., LTD., DONGGUAN TONGJIA TOYS CO., LTD., DONGYANG YADI PET PRODUCT CO., LTD., EE PARTY STORE, EWEISER ELECTRONIC TECHNOLOGY (SHENZHEN) CO., LTD., FACAIPARTY STORE, FARSHUNIN STORE, FOOK FONG TOY STORE, FUJIAN PROVINCE JIANOU CITY RUIYI CRAFTS CO., LTD., FUN LE TOY CITY STORE, FUN-PARTY STORE, GONGTEN STORE, GUANGZHOU HAPPY ISLAND TOYS CO., LTD., GUANGZHOU YIMAI TRADING CO., LTD., HANGZHOU XINGGE GIFT CO., LTD., HANGZHOU XINGGE GIFTS CO., LTD., HEBEI SHUOHUI PAPER PRODUCTS CO., LTD., HENAN FEEKER IMPORT AND EXPORT CO., LTD., HENAN SENFA TRADING CO., LTD., INDECOR STORE, JINHUA ZHIBO GARMENT CO., LTD., JINJIANG CHENGLE SHOES AND GARMENT CO., LTD., JJ PARTY STORE, KIDS-TOY STORE, LET'S PARTY TOGETHER STORE, LIFE & ART STORE, LITTLE MONKEY TOY STORE, LU WOOD STORE, MOTHER AND BABY TOY STORE STORE, PESENAR STORE, PESENAR1314 STORE, PHOTURT BACKDROPS STORE, PIAOLIANG BABY STORE, PP BABY STORE, PURPLE GAME STORE, QINGDAO BAZHIZHI CULTURE CO., LTD., QUANZHOU HAPPY BROTHERS TRADING CO., LTD., QUANZHOU JINHETUO PACKAGING SUPPLIES CO., LTD., QUANZHOU LONGKUN ARTS AND CRAFTS CO., | CIVIL ACTION NO.<br>22-cv-2386 (RA)<br><br>[PROPOSED]<br>UNSEALING ORDER |

1

LTD., SHANGHAI XINYAN INDUSTRIAL CO., LTD., SHAOXING HUALAI EMB. & HOME TEXTILE CO., LTD., SHOP1970547 STORE, SHOP5702013 STORE, SHOP911116284 STORE, SKY HOME CO.,LTD, STICKER WORLD STORE, TEMILA PLUSH TOY STORE, TOGETIT STORE, VL STORE, WANMEI BABY STORE, XIAMEN PALMY IMPORT & EXPORT CO., LTD., YANGZHOU CAISHENG HANDICRAFT PRODUCT CO., LTD., YANGZHOU MEIXUAN TOYS AND GIFTS CO., LTD., YIWU BOBO CRAFTS CO., LTD., YIWU CHANGYUAN E-COMMERCE FIRM, YIWU CITY CARNIVAL COSTUME FACTORY, YIWU DINGYI E-COMMERCE CO., LTD., YIWU FUXIN TRADE CO., LTD., YIWU HUALEI E-COMMERCE CO., LTD., YIWU KAIRAN TRADING CO., LTD., YIWU LONGFEI GARMENT CO., LTD., YIWU MIAOJIA TECHNOLOGY CO., LTD., YIWU MINZHI CLOTHING FIRM, YIWU QUEYI CLOTHING CO., LTD., YIWU TANGAO E-COMMERCE FIRM, YIWU TOYSTOCKER TOYS CO., LTD., YIWU YUYUN TRADING CO., LTD., YIWU ZIHAN IMPORT AND EXPORT CO., LTD. and YUDUOBAO TOY STORE,

*Defendants*

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

Plaintiff shall serve a copy of this Order on all Defendants.

**SO ORDERED.**

SIGNED this __12th__ day of __May__, 2022.
New York, New York

_____
HON. RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE