UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MOONBUG ENTERTAINMENT LIMITED,<br><br>                              Plaintiff,<br><br>                    v.<br><br>ABDG STORE et al.,<br><br>                              Defendants. | 22-cv-02386 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On September 9, 2022, the Court ordered Plaintiff to move for default judgment as to the remaining Defendants, if Plaintiff intends to do so, by October 9, 2022. Plaintiff has since voluntarily dismissed its claims against one additional Defendant, Yiwu Bobo Crafts Co., Ltd., Dkt. 25, but has not taken any action as to the remaining Defendants. No later than October 28, 2022, Plaintiff shall either move for default judgment against the remaining Defendants, seek to voluntarily dismiss them from the action, or submit a status letter proposing an alternative course of action. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated:    October 21, 2022
           New York, New York

_____
Ronnie Abrams
United States District Judge