UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOONBUG ENTERTAINMENT LIMITED,

                                Plaintiff,

               -v-

ABDG STORE, et al.,

                              Defendants.

No. 22-CV-2386 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       No later than February 14, 2025, Plaintiff shall submit supplemental briefing, not to exceed ten (10) pages in length, addressing whether the Hague Convention applies and whether service on Defendants by email satisfies the requirements of Article 15 of the Hague Convention, pursuant to *Smart Study Co. v. Acuteye-Us*, 620 F. Supp. 3d 1382 (S.D.N.Y. 2022), *appeal dismissed sub nom. Smart Study Co. v. HAPPY PARTY-001*, No. 22-1810-cv, 2023 WL 2023 WL 3220461 (2d Cir. May 3, 2023). If Plaintiff believes the Hague Convention is inapplicable, it shall submit a declaration no later than February 14, 2025 detailing efforts undertaken to identify Defendants' physical addresses for service of process. *See Foxmind Canada Enterprises Ltd. v. Badouyu Intelligent Iot Technology (Suzhou) Co., et al.*, No. 22-cv-885 (VSB), 2023 WL 6541777 (S.D.N.Y. Sept. 29, 2023) (finding the Hague Convention inapplicable where plaintiff "exercised reasonable diligence to locate Defendants' addresses").

SO ORDERED.

Dated:      January 31, 2025
               New York, New York

                                                     Hon. Ronnie Abrams
                                                     United States District Judge