UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MOONBUG ENTERTAINMENT LIMITED,

                Plaintiff,

-v-

ABDG STORE, ANIME-HOUSE STORE, ANYANG FEEKER TRADING CO., LTD., BABY BOARD GAME(DROP SHIPPING) STORE STORE, BAOKANWEIYI STORE, BLACK MAN K STORE, CHANGSHA WODEMORE TECHNOLOGY CO., LTD., CLHW GROCERY STORE, CUTE SMALL MOUSE TOY STORE, CUTE STICKER HOUSE STORE, CXLIDY PARTY STORE, DAILY BOUTIQUE DEPARTMENT STORE, DONGGUAN NUOSHENG ELECTRONIC TECHNOLOGY CO., LTD., DONGGUAN TONGJIA TOYS CO., LTD., DONGYANG YADI PET PRODUCT CO., LTD., EE PARTY STORE, EWEISER ELECTRONIC TECHNOLOGY (SHENZHEN) CO., LTD., FACAIPARTY STORE, FARSHUNIN STORE, FOOK FONG TOY STORE, FUJIAN PROVINCE JIANOU CITY RUIYI CRAFTS CO., LTD., FUN LE TOY CITY STORE, FUN-PARTY STORE, GONGTEN STORE, GUANGZHOU HAPPY ISLAND TOYS CO., LTD., GUANGZHOU YIMAI TRADING CO., LTD., HANGZHOU XINGGE GIFT CO., LTD., HANGZHOU XINGGE GIFTS CO., LTD., HEBEI SHUOHUI PAPER PRODUCTS CO., LTD., HENAN FEEKER IMPORT AND EXPORT CO., LTD., HENAN SENFA TRADING CO., LTD., INDECOR STORE, JINHUA ZHIBO GARMENT CO., LTD., JINJIANG CHENGLE SHOES AND GARMENT CO., LTD., JJ PARTY STORE, KIDS-TOY STORE, LET'S PARTY TOGETHER STORE, LIFE & ART STORE, LITTLE MONKEY TOY STORE, LU WOOD STORE, MOTHER AND BABY TOY STORE STORE, PESENAR STORE, PESENAR1314 STORE, PHOTURT BACKDROPS STORE, PIAOLIANG BABY STORE, PP BABY STORE, PURPLE GAME STORE, QINGDAO BAZHIZHI CULTURE CO., LTD., QUANZHOU HAPPY BROTHERS TRADING CO., LTD., QUANZHOU JINHETUO PACKAGING

CIVIL ACTION NO. 22 Civ. 2386 (RA) (SLC)

**ORDER**

1

SUPPLIES CO., LTD., QUANZHOU LONGKUN ARTS AND CRAFTS CO., LTD., SHANGHAI XINYAN INDUSTRIAL CO., LTD., SHAOXING HUALAI EMB. & HOME TEXTILE CO., LTD., SHOP1970547 STORE, SHOP5702013 STORE, SHOP911116284 STORE, SKY HOME CO.,LTD, STICKER WORLD STORE, TEMILA PLUSH TOY STORE, TOGETIT STORE, VL STORE, WANMEI BABY STORE, XIAMEN PALMY IMPORT & EXPORT CO., LTD., YANGZHOU CAISHENG HANDICRAFT PRODUCT CO., LTD., YANGZHOU MEIXUAN TOYS AND GIFTS CO., LTD., YIWU BOBO CRAFTS CO., LTD., YIWU CHANGYUAN E-COMMERCE FIRM, YIWU CITY CARNIVAL COSTUME FACTORY, YIWU DINGYI E-COMMERCE CO., LTD., YIWU FUXIN TRADE CO., LTD., YIWU HUALEI, E-COMMERCE CO., LTD., YIWU KAIRAN TRADING CO., LTD., YIWU LONGFEI GARMENT CO., LTD., YIWU MIAOJIA TECHNOLOGY CO., LTD., YIWU MINZHI CLOTHING FIRM, YIWU QUEYI CLOTHING CO., LTD., YIWU TANGAO ECOMMERCE FIRM, YIWU TOYSTOCKER TOYS CO., LTD., YIWU YUYUN TRADING CO., LTD., YIWU ZIHAN IMPORT AND EXPORT CO., LTD. and YUDUOBAO TOY STORE,

Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Honorable Ronnie Abrams' referral to the undersigned to conduct an inquest on damages (see ECF No. 48), it is hereby ORDERED that:

1. Plaintiff has submitted a memorandum of law in support of its motion for default judgment and a permanent injunction, along with a supporting attorney declaration (ECF Nos. 33–34 (the "Damages Submission")).

2. Plaintiff requests individual statutory damages awards pursuant to

2

    15 U.S.C. § 1117(c) in the amount of Fifty Thousand Dollars ($50,000.00) against each of the Defaulting Defendants[1], plus post-judgment interest calculated pursuant to the statutory rate.  (ECF No. 34 at 1, 13–18).

3.  Defaulting Defendants shall submit their response to Plaintiff's Damages Submission, if any, no later than **September 5, 2025**.  <u>IF DEFAULTING DEFENDANTS (1) FAIL TO RESPOND TO PLAINTIFF'S DAMAGES SUBMISSION, OR (2) FAIL TO CONTACT MY CHAMBERS BY **SEPTEMBER 5, 2025** AND REQUEST AN IN-COURT HEARING, I INTEND TO ISSUE A REPORT AND RECOMMENDATION CONCERNING DAMAGES BASED ON PLAINTIFF'S WRITTEN SUBMISSIONS ALONE WITHOUT AN IN-COURT HEARING.</u>  <u>See</u> <u>Transatlantic Marine Claims Agency, Inc. v. Ace Shipping Corp.</u>, 109 F.3d 105, 111 (2d Cir. 1997) ("'[I]t [is] not necessary for the District Court to hold a hearing, as long as it ensured that there was a basis for the damages specified in a default judgment.'" (<u>quoting</u> <u>Fustok v. ContiCommodity Servs. Inc.</u>, 873 F.2d 38, 40 (2d Cir. 1989))).

 Plaintiff is directed to serve this Order on Defaulting Defendants and file proof of service on the docket by no later than **August 29, 2025.**

Dated:    New York, New York
      August 22, 2025

---

[1] Unless otherwise stated, all capitalized terms not defined herein shall have the meanings ascribed to them in the Final Default Judgment and Permanent Injunction Order, So Ordered by the Honorable Ronnie Abrams on August 21, 2025.  (ECF No. 34).

3

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**